E-FILED
Tuesday, 23 November, 2004  04:43:03 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 02-30063 |
| | ) |
| CHRISTINE ROBERTS, et al. | ) Hon. Jeanne E. Scott |

### AGREED MOTION TO RESET SENTENCING DATE

NOW COMES defendant Christine Roberts, by her attorney Patrick A. Tuite of Arnstein & Lehr LLP, and, with the agreement of the Government, moves this Honorable Court to reset the sentencing date heretofore set for December 2, 2004, and in furtherance of said motion states as follows:

1.   The defendant, having pled guilty in the above-entitled cause, who is otherwise to be sentenced under the Federal Sentencing Guidelines as they existed at the time of her plea, is scheduled to be sentenced on December 2, 2004.

2.   The Seventh Circuit Court of Appeals in U.S. v. Booker has held that the Federal Sentencing Guidelines are subject to the decision of the United States Supreme Court in Blakely v. Washington.

3.   The United States Supreme Court has granted *certiorari* in the Booker matter and the case was argued before the Court on October 4, 2004.

4.   No decision has been handed down as yet and as the Court is out of session, no decision is expected before November 29, 2004.

5.   As the sentencing in this case is set for December 2, 2004 there would not be sufficient time for the parties to analyze the opinion in Booker and how it would apply to Ms. Roberts' case.

WHEREFORE, the defendant and the Government hereby request that this Court reset the sentencing date to late January 2005 so that all parties can analyze the United Sates Supreme Court decision in U.S. v. Booker and how it will apply to the defendant.

Respectfully submitted,

PATRICK A. TUITE

Patrick A. Tuite
Arnstein & Lehr LLP
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606
(312) 876-7877
936161_1

## CERTIFICATE OF SERVICE

Patrick A. Tuite, an attorney, certifies that he served a copy of Agreed Motion to Reset Sentencing Date on

| | |
|---|---|
| Patrick Hansen | Thomas Brown |
| Eric Long | U.S. Probation Office |
| Assistant U.S. Attorneys | 108 U.S. Courthouse |
| 318 South 6th Street | 600 East Monroe Street |
| Springfield, Illinois 62701 | Springfield, Illinois 62701 |

by enclosing a true and correct copy thereof in a properly addressed and sealed envelope first class postage prepaid and by depositing same in the U.S. Mail located at 120 South Riverside Plaza, Chicago, Illinois, on this 22nd day of November, 2004.

PATRICK A. TUITE

936161_1