**E-FILED**
Tuesday, 23 November, 2004 04:43:31 PM
Clerk, U.S. District Court, ILCD

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 SOUTH RIVERSIDE PLAZA · SUITE 1200
CHICAGO, ILLINOIS 60606-3910
(312) 876-7100
FAX (312) 876-0288
www.arnstein.com
FOUNDED 1893

BOCA RATON, FLORIDA
MIAMI, FLORIDA

TAMPA, FLORIDA

WEST PALM BEACH, FLORIDA

HOFFMAN ESTATES, ILLINOIS

MILWAUKEE, WISCONSIN

MEMBER OF INTERNATIONAL
LAWYERS NETWORK

Patrick A. Tuite
(312) 876-7877
patuite@arnstein.com

November 22, 2004

Hon. Jeanne E. Scott
U.S. District Court for the
Central District of Illinois
319 U.S. Courthouse
600 East Monroe Street
Springfield, Illinois 62701

>           Re:    U.S. v. Chrstine Roberts, et al.
>                  No. 02-30063

Dear Judge Scott:

Enclosed is a copy of an agreed motion to reset the sentencing date in the above-referenced case which has a conference set for December 2, 2004 to discuss the guidelines which are in flux.

I will be spending most of the winter in Florida but will be in Chicago to appear at a sentencing in the U.S. District Court for the Northern District on January 26, 2005 and a hearing in the Circuit Court of Cook County on January 27, 2005, so if it would be possible to set the date during the week of January 24th I would be most appreciative.

Yours truly,

Patrick A. Tuite

PAT/jw

Enclosure
cc:    Patrick Hansen, Assistant U.S. Attorney
       Thomas Brown, Probation Officer
936170_1

RECEIVED

NOV 23 2004

JEANNE E. SCOTT
U.S. DISTRICT JUDGE
IN CHAMBERS
SPRINGFIELD, IL