E-FILED
Monday, 02 May, 2005 12:23:19 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 02-30063 |
| | ) |
| CHRISTINE ROBERTS, et al. | ) Hon. Jeanne E. Scott |

**MOTION TO MODIFY SENTENCE**

NOW COMES Christine Roberts, by her attorney Patrick A. Tuite of Arnstein & Lehr LLP, and pursuant to Rule 35(a) moves to modify the sentence and in furtherance of said motion states as follows:

1. On April 27, 2005, this Court sentenced the defendant to a term of 45 months in the custody of the Bureau of Prisons.

2. This sentence was imposed by the Court using the Federal Sentencing Guidelines of 2004 as a factor.

3. Included in the calculation of the appropriate Guideline range the Court increased the Guideline range by two levels for obstruction of justice. That obstruction was alleged to have occurred when the defendant presented in Court a letter which she stated she had received and gave to Dennis Sollberger who then pasted a post-it-note on it telling her to send it to John (ostensibly John Jones).

4. At the trial Dennis Sollberger admitted that the handwriting on the post-it-note was his but denied ever seeing the letter and John Jones testified that he never saw that letter.

5. Defendant has always asserted that she did give that letter to Dennis Sollberger and was directed to send it to John Jones.

6.  There was no proof beyond a reasonable doubt that the defendant had in fact created that letter out of whole cloth or any admission by her of such an act and in fact she denies falsifying that letter.

7.  The Court nonetheless in total disregard for the teachings of U.S. v. Booker found (by what standard we are totally unaware) a two level increase for obstruction of justice.

8.  That two level increase in reality is at least an eight month increase in the defendant's sentence. To make a finding without admission or proof beyond a reasonable doubt and then increase the defendant's sentence eight months we submit violates the spirit of Booker and is basically denigrating the holding in Booker and Blakely v. Washington, 124 S.Ct. 2531 (2004), which preceded it.

9.  The Court has undermined the defendant's Sixth Amendment rights to have those aggravating facts either admitted to by the defendant or proved beyond a reasonable doubt by the Government and hence the defendant should not suffer an eight month increase in her sentence for use of that Guideline enhancement.

10. The Seventh Circuit Court of Appeals in U.S. v. Grap, No. 04-2033, decided March 25, 2005, sent back for resentencing a matter where the court found the defendant to have been a prohibited person within the meaning of 2K2.1(a)(6) without either a finding beyond a reasonable doubt or an admission by the defendant that he was such a prohibited person.

We therefore move this Court to modify the sentencing by not considering that two level increase and reduce her Guideline range to 33 to 41 months and, in the spirit of the sentence heretofore imposed, to sentence her in the middle of that range or no more than 37 months.

Respectfully submitted,

s/_____
Patrick A. Tuite, Bar No. 02864851
Attorney for Defendant, Christine Roberts
Arnstein & Lehr LLP
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606
(312) 876-7100
(312) 876-7877 (Patrick A. Tuite)
(312) 876-0288 (Facsimile)
patuite@arnstein.com

970637_1

## CERTIFICATE OF SERVICE

    I hereby certify that on May 2, 2005 I electronically filed defendant Christine Roberts' Motion to Modify Sentence with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

>Patrick Hansen
>Assistant U.S. Attorney
>U.S. Attorney's Office
>318 South 6th Street
>Springfield, Illinois 62701

and to same via facsimile at (217) 492-4044 on this 2nd day of May, 2005.

                                        s/_____
                                        Patrick A. Tuite, Bar No. 02864851
                                        Attorney for Defendant, Christine Roberts
                                        Arnstein & Lehr LLP
                                        120 South Riverside Plaza
                                        Suite 1200
                                        Chicago, Illinois 60606
                                        (312) 876-7100
                                        (312) 876-7877 (Patrick A. Tuite)
                                        (312) 876-0288 (Facsimile)
                                        patuite@arnstein.com

970637_1