E-FILED
Monday, 16 May, 2005  02:34:21 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 02-30063 |
| | ) |
| CHRISTINE ROBERTS, et al. | ) Hon. Jeanne E. Scott |

**MOTION TO ADD PHYSICIAN'S REPORT TO PRESENTENCE
REPORT AND FOR PLACEMENT RECOMMENDATION**

NOW COMES Christine Roberts, by her attorney Patrick A. Tuite of Arnstein & Lehr LLP, and moves this Honorable Court to order that the attached report from Dr. Joan Friedson, Diplomate of the American Board of Psychiatry and Neurology, in La Jolla, California, be included in the defendant's Presentence Report to follow her to the Bureau of Prisons and to make a recommendation for placement at the Federal Prison Camp in Dublin, California in the residential treatment program, and in furtherance of said motion states as follows:

  1.  On April 27, 2005 this Court sentenced the defendant to a term of forty-five months in the Bureau of Prisons. The defendant has until July 18, 2005 to surrender to the designated placement of confinement.

  2.  During the course of proceedings the defendant did not confide in her attorney that since February 2004 she has been seeing a psychiatrist who had been referred for medication by her pretrial officer, Ellen Ruiz.

  3.  The psychiatrist, Dr. Friedson, has diagnosed the defendant her as suffering from major depression: moderate, with a significant alcohol abuse problem, which has

worsened over the past few years due to her struggle caused by the stress of legal proceedings.

4. The defendant not only did not confide this fact to her attorney, she did not inform the probation department or the Court.

5. Dr. Friedson's report is important for the Bureau of Prisons to determine the course of treatment to be afforded the defendant during the period of incarceration and the doctor's report should be included in the defendant's Presentence Report.

6. There is a residential treatment program for women in Dublin, California, the state in which the defendant resides, and we submit that it would be in the best interests of the defendant and society that she is treated for her problem before she is released into society again.

7. The Court may recall that after a bout with depression arising out of a situation at U.S. West, where the defendant felt she was being improperly accused of an offense, led to the conduct which the Court found to be relevant as she was working diligently at Moorman's while being on disability with U.S. West.

WHEREFORE, the defendant moves this Honorable Court to order the attached letter from Dr. Friedson added to her Presentence Report and that the Court add to the Judgment and Commitment Order a recommendation (which we understand is not binding) to the Bureau of Prisons that she be incarcerated at the Federal Prison Camp in Dublin, California in their residential treatment program.

Respectfully submitted,


s/  Patrick A. Tuite
Patrick A. Tuite, Bar No. 02864851
Attorney for Defendant, Christine Roberts
Arnstein & Lehr LLP
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606
(312) 876-7100
(312) 876-7877 (Patrick A. Tuite)
(312) 876-0288 (Facsimile)
patuite@arnstein.com

974586_1

3

May 13 05 12:59p    Law Offices of Alan Ellis                  415-460-1630              p.2
FEB-14-1996 12:14PM FROM JOAN FRIEDSON MD 858 551 8172          TO:14154601630           P:1/1
3:02-cr-30063-JES   #:225    Page 4 of 5



# JOAN FRIEDSON, M.D.
Diplomate of the American Board of
Psychiatry and Neurology
1020 Prospect Street
Suite 309
La Jolla, CA 92037
(858) 551-8171

5-1-05

RE: Christine Stuhmer

To Whom It May Concern:

Christine Stuhmer has been a patient of mine since February 4, 2004. She was referred for medication by her pretrial officer, Eleanor Ruiz. She has a diagnosis of Major Depression: Moderate (DSMIV 296.32 with concomitant anxiety In addition, she has a significant alcohol problem ( DSM IV Alcohol Abuse 305.00) which has worsened over the past few years as she has struggle with the stress of these legal proceedings. We were able to achieve relative stability with almost complete remission of depressive and anxiety symptoms with the exception of her consumption of alcohol. The regimen that has worked for her is: Morning: Buspar 5 mg, Effexor XR 37,5 mg, Neurontin 100 mg one tablet, Afternoon,: Buspar 5 mg, Neurontin 100 mg, Effexor 37.5 mg, Evening: Neurontin 100 mg, IV tablets, Effexor 37.5 mg, Buspar 5 mg.

I am fully aware that these medications are expensive however she has been on multiple trials of antidepressants which have failed and it has been difficult to find the right psychotropic regimen. I hope that she will be able to be maintained on it. Christine has also maladaptively managed the stress inherent in the attenuation of this legal process. She has met the escalating anxiety with a commensurate escalation in her alcohol consumption. She currently meets the criterion for alcohol abuse however she may need a month of inpatient detoxification or at least close medical supervision when she no longer has access to the alcohol since she essentially will have enforced abstinence. It would be enormously beneficial to her, if she could go to a facility that has an alcohol rehabilitation program. This is actually the only issue which needs to be acutely addressed as her depression and anxiety have been relatively stable.

Christine is very close to her family and to her husband who has been very supportive. This incarceration will have deleterious effects on everyone. She is the caretaker of a child with profound autism and a six year old as well. The impact of her absence on these children will be traumatic and her husband will bare the burden of it. If she could be placed close to home, it might mitigate the pain her family will experience. However, participation in an alcohol rehab program should supersede all other concerns. I suspect that the regimen we have achieved will need further titration although off the alcohol there is a good chance that her anxiety will significantly decrease. I recommend that Christine participate in any therapeutic modality available to her as she is high functioning and could benefit greatly from consistent therapy.

Sincerely,

Joan Friedson, M.D.

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on May 16, 2005 I electronically filed defendant Christine Roberts' Motion to Add Physician's Report to Presentence Report And For Placement Recommendation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

        Patrick D. Hansen
        Assistant U.S. Attorney
        U.S. Attorney's Office
        318 South 6th Street
        Springfield, Illinois 62701

and to same via facsimile at (217) 492-4044 and I hereby certify that I have served the document on non-CM/ECF participant:

        Thomas Brown, Probation Officer
        U.S. Probation Office
        108 U.S. Courthouse
        600 East Monroe Street
        Springfield, Illinois  62701

by United States Postal Service and via facsimile at (217) 492-4218 and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| Valerie Morgan | Arthur Schwartz |
| 499 Elm Creek Road | Schwartz & Goldburg PC |
| Medina, Texas  78055 | 1225 17th Street |
| | Suite 1600 |
| | Denver, Colorado  80202 |

on this 16th day of May, 2005.

                s/  Patrick A. Tuite
                Patrick A. Tuite, Bar No. 02864851
                Attorney for Defendant, Christine Roberts
                Arnstein & Lehr LLP
                120 South Riverside Plaza
                Suite 1200
                Chicago, Illinois 60606
                (312) 876-7100
                (312) 876-7877 (Patrick A. Tuite)
                (312) 876-0288 (Facsimile)
                patuite@arnstein.com

974586_1