LAW OFFICES

# ARNSTEIN & LEHR LLP

120 South Riverside Plaza · Suite 1200
Chicago, Illinois 60606-3910
(312) 876-7100
Fax (312) 876-0288
www.arnstein.com
Founded 1893

Patrick A. Tuite
(312) 876-7877
patuite@arnstein.com

BOCA RATON, FLORIDA
MIAMI, FLORIDA
TAMPA, FLORIDA
WEST PALM BEACH, FLORIDA
HOFFMAN ESTATES, ILLINOIS
MILWAUKEE, WISCONSIN

MEMBER OF INTERNATIONAL
LAWYERS NETWORK

May 31, 2005

**VIA FACSIMILE (217-492-4004)**

Hon. Jeanne E. Scott
U.S. District Court for the
Central District of Illinois
319 U.S. Courthouse
600 East Monroe Street
Springfield, Illinois 62701

    Re:   U.S. v. Chrstine Roberts, et al.
           No. 02-30063

Dear Judge Scott:

    At my request, you were gracious enough to include in the Judgment and Commitment Order your recommendation to the Bureau of Prisons that the defendant be placed in a facility with a residential treatment program for alcohol abuse and depression as close to San Diego, California as possible. The Bureau of Prisons has indicated that the defendant would be designated to a facility in Phoenix, Arizona. While that is technically the closest facility to San Diego, it is, as the Court can realize, brutally hot in the summer. There is a facility in Dublin, California which, while technically not as close to San Diego, is in the state of California and the temperature would be more moderate for Mrs. Stuhmer. Would you be so kind as to clarify the recommendation to designate Dublin, California as the designated facility?

    Thank you for your consideration of this request.

                        Yours truly,

                        Patrick A. Tuite

PAT/jw
cc:   Patrick Hansen, Assistant U.S. Attorney (Via Facsimile (217) 492-4044)
      Thomas Brown, Probation Officer (Via Facsimile (217) 492-4218)

978575_1