

E-FILED
Thursday, 30 June, 2005 01:38:37 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 02-CR-30063 |
| | § | |
| VALERIE MORGAN | § | |

## APPEARANCE AS COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Please accept this as my appearance as counsel of behalf of the Defendant, Valerie Morgan.

This counsel is admitted to practice before the U.S. District Court for the Southern District of Texas and has this week applied to become a member of This Honorable District and am awaiting approval.

With This Honorable Court's permission, the Local Rules allow me to practice before Your Honor pending such admission.

WHEREFORE, This Counsel very respectfully requests that This Honorable Court accept this appearance as counsel on behalf of Ms. Morgan in the above-styled case.

Very respectfully,

Guy L. Womack
Counsel for Defendant
Texas Bar No. 00788928
402 Main Street
Suite 6 North
Houston, Texas  77002
Tel:  (713) 224-8815
Fax: (713) 224-8812

## CERTIFICATE OF SERVICE

  A copy of this motion was delivered, via e-mail, to the Government Counsel on this 29th day of June, 2005.

                Guy L. Womack

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 02-30063 |
| VALERIE MORGAN | § | |

## ORDER

THIS COURT, having considered Defendant's Appearance As Counsel, the Local Rules of This District and applicable law finds, and it is ordered, that the appearance **IS** **(NOT)** accepted.

Ordered this _____ day of _____, 2005.

_____
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE