E-FILED
Wednesday, 27 July, 2005  09:06:09 AM
Clerk, U.S. District Court, ILCD

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
v.
CHRISTINE ROBERTS
aka Tina Yearick
nka Christine Stuhmer

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 02-30063-001

USM Number: 13900-026

Patrick Tuite
Defendant's Attorney

**FILED**
JUL 2 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**FILED**
MAY 2 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**THE DEFENDANT:**

☑ pleaded guilty to count(s)    2 and 13 of superseding indictment

☐ pleaded nolo contendere to count(s) ___ which was accepted by the court.

☐ was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §1343 | Wire Fraud | 11/18/1997 | 2 |
| 18 USC §1957 | Illegal Monetary Transaction | 9/15/1997 | 13 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ___

☑ Count(s)  1-19 and 1s,3s-12s,14s-19s    ☐ is   ☑ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

4/27/2005
Date of Imposition of Judgment

s/Jeanne E. Scott
Signature of Judge

JEANNE E. SCOTT, U.S. District Judge
Name and Title of Judge

May 25, 2005
Date

A TRUE COPY
ATTEST:
s/Christy Taylor
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE 5/26/2005

AO 245B   (Rev. 12/03) Judgment in Criminal Case
          Sheet 2 — Imprisonment

Judgment — Page  2  of  7

DEFENDANT: CHRISTINE ROBERTS aka Tina Yearick nka Christine Stuhmer
CASE NUMBER: 02-30063-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

45 Months on each of counts 2 and 13, to run concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be placed in a facility with a residential treatment program for alcohol abuse and depression, as close to San Diego, CA, as is possible.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☑ before 12 p.m. on  7/18/2005  .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant surrendered on  7-18-05  to  Federal Prison Camp  at  Phoenix, AZ  , with a certified copy of this judgment.

_____

By _____