IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 02-30063 |
| | ) | |
| CHRISTINE ROBERTS, et al. | ) | Hon. Jeanne E. Scott |

**DEFENDANT'S AMENDED MOTION TO RELEASE PASSPORT**

NOW COMES the defendant, Christine Roberts, by her attorney, Patrick A. Tuite of Arnstein & Lehr LLP, and moves this Honorable Court to release the passport heretofore posted as a condition of bond, and in furtherance of said motion states as follows:

1.    Upon arrest and arraignment, the defendant was ordered to surrender her passport as a condition of bond. She did so and her passport is being held by the Clerk of the U.S. District Court for the Central District of Illinois.

2.    On July 12, 2005 the defendant surrendered to the Bureau of Prisons to begin serving her sentence and has fulfilled the conditions of her bond.

3.    She is presently incarcerated at the Federal Prison Camp at Phoenix, Arizona.

WHEREFORE, we move this Honorable Court to order the Clerk of the Court to return the defendant's passport to her husband, Mark Stuhmer, 645 Wrelton Drive, LaJolla, California 92037.

Respectfully submitted,

/s/     PATRICK A. TUITE
PATRICK A. TUITE, Bar No. 02864851

Attorney for Defendant, Christine Roberts

Patrick A. Tuite
Arnstein & Lehr LLP
120 South Riverside Plaza
Suite 1200
Chicago, Illinois  60606
(312) 876-7100
(312) 876-7877 (Patrick A. Tuite)
(312) 876-0288 (facsimile)
patuite@arnstein.com

1004540_1

## CERTIFICATE OF SERVICE

I, hereby certify that on September 14, 2005 I electronically filed defendant Christine Roberts' Amended Motion to Release Passport with the Clerk of the Court using the CM/EMF system which will send notification of such filing to:

>Patrick D. Hansen
>Assistant U.S. Attorney
>318 South 6th Street
>Springfield, Illinois 62701

>Richard H. Parsons
>Federal Defenders Office
>401 Main Street
>Suite 1500
>Peoria, Illinois 61602

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/EMF participant:

>Arthur Schwartz
>Schwartz &Goldburg, PC
>1225 17th Street
>Suite 1600
>Denver, Colorado 80202

on this 14th day of September 2005.

>/s/     PATRICK *A.* TUITE
>PATRICK A. TUITE, Bar No. 02864851

>Attorney for Defendant, Christine Roberts

>Patrick A. Tuite
>Arnstein & Lehr LLP
>120 South Riverside Plaza
>Suite 1200
>Chicago, Illinois 60606
>(312) 876-7100
>(312) 876-7877 (Patrick A. Tuite)
>(312) 876-0288 (facsimile)
>patuite@arnstein.com

1004540_1