E-FILED
Wednesday, 05 October, 2005  01:02:19 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 02-30063-001 |
| ) | |
| CHRISTINE ROBERTS ) | |
|   aka Tina Yearick ) | |
| nka Christine Stuhmer, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| WASHINGTON MUTUAL, ) | |
| ) | |
| Garnishee. ) | |

### APPLICATION FOR WRIT OF GARNISHMENT (NON-WAGE) #3

Plaintiff, United States applies, pursuant to 28 U.S.C. § 3205, for a Writ of Non-Wage Garnishment against property of the defendant upon the Judgment entered against Defendant CHRISTINE ROBERTS aka Tina Yearick nka Christine Stuhmer (hereafter referred to as CHRISTINE ROBERTS STUHMER), Register Number 13900-026 , Social Security Number xxx-xx-2473, whose last known address is in Phoenix AZ.

1.  The Judgment is in the amount of $630,631.92 which consists of a $200.00 special assessment and $630,431.92 restitution on which 3.28% interest has been accruing since the defendant was first liable for interest.  As of September 23, 2005, Defendant CHRISTINE ROBERTS STUHMER, has not made payments towards these debts.  The balance due on the Judgment is $636,580.43, which includes $5,948.51 interest through September 23, 2005.

2.  The United States demanded payment from the Defendant through her attorney, Patrick A. Tuite, who forwarded the demand to her on June 13, 2005 and no longer represents her; at least 30 days has elapsed since the demand; and the Defendant has not paid the amount due.

-2-

3. The garnishee is believed to have possession, custody or control of property of the Defendant, including but not limited to, checking account number xx1373, in which the Defendant has a substantial non-exempt interest either as the individual or joint holder of said account.

4. The name and address of the Garnishee or authorized agent is:

>WASHINGTON MUTUAL
>Attn: Legal Processing
>Mail Stop NO80202
>P.O. Box 2151
>Chatsworth, CA 91313-2151

**WHEREFORE**, the United States requests that the Clerk of the Court issue a Writ requiring the Garnishee to: (1) file an answer and (2) withhold and retain the funds, including but not limited to, in the checking account of Defendant CHRISTINE ROBERTS STUHMER pending further order of this Court.

>Respectfully submitted,
>
>**JAN PAUL MILLER**
>**UNITED STATES ATTORNEY**
>
>s/ Elizabeth L. Collins
>_____
>Elizabeth L. Collins, Bar No. 487864
>Attorney for the Plaintiff
>United States Attorneys Office
>318 S. 6th Street
>Springfield, Illinois 62701
>Tel: 217/492-4450
>Fax: 217/492-4888
>email: beth.collins@usdoj.gov

-3-

# CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **APPLICATION FOR WRIT OF GARNISHMENT and MEMORANDUM**, has been placed in the United States mail addressed to:

>CHRISTINE ROBERTS STUHMER
Reg. No. 13900-026
Phoenix FCI
37900 N. 45th Ave.
Phoenix, AZ 85086-7008

>WASHINGTON MUTUAL
Attn: Legal Processing
Mail Stop NO80202
P.O. Box 2151
Chatsworth, CA 91313-2151

October 5, 2005

>s/ Elizabeth L. Collins
>_____
>Elizabeth L. Collins, Bar No. 487864
>Attorney for the Plaintiff
>United States Attorneys Office
>318 S. 6th Street
>Springfield, Illinois 62701
>Tel: 217/492-4450
>Fax: 217/492-4888
>email: beth.collins@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 02-30063-001 |
| | ) | |
| CHRISTINE ROBERTS | ) | |
| aka Tina Yearick | ) | |
| nka Christine Stuhmer, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| WASHINGTON MUTUAL, | ) | |
| | ) | |
| Garnishee. | ) | |

## ORDER FOR WRIT OF GARNISHMENT #3

The United States has applied for a Writ of Garnishment; and it appears to the Court that the requirements of 28 U.S.C. § 3205 are met and the proposed Writ conforms to the requirements of 28 U.S.C. § 3205(c)(2).

**THEREFORE IT IS ORDERED** that a Writ of Garnishment submitted by the government shall be issued.

_____
Jeanne E. Scott
UNITED STATES DISTRICT JUDGE

**ENTERED:** This ____ day of _____, 2005.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 02-30063-001 |
| | ) |
| CHRISTINE ROBERTS | ) |
| aka Tina Yearick | ) |
| nka Christine Stuhmer, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| WASHINGTON MUTUAL, | ) |
| | ) |
| Garnishee. | ) |

**WRIT OF GARNISHMENT (NON-WAGE) #3**

**TO:**  **WASHINGTON MUTUAL**
**Attn: Legal Processing**
**Mail Stop NO80202**
**P.O. Box 2151**
**Chatsworth, CA 91313-2151**, Garnishee.

1. An Application for Writ of Non-Wage Garnishment against the property of CHRISTINE ROBERTS STUHMER, defendant, has been filed with this Court. A Judgment has been entered against this defendant whose last known address is in Phoenix, AZ 85086-7008 for criminal monetary penalties consisting of a $200.00 special assessment and $630,431.92 restitution on which 3.28% interest began to accrue when the defendant was first liable for interest. The balance due on the Judgment is $636,580.43 as of September 23, 2005.

-2-

2.  The United States is represented by Elizabeth L. Collins, Assistant United States Attorney, 318 S. 6th St., Springfield, Illinois 62701.

3.  You are required by law to answer in writing, under oath, within ten days, whether or not you have in your custody, control or possession, any property of the defendant, including but not limited to a checking account number xx1373.

4.  Your Answer shall include a description and the value of the defendant's property, or property in which the defendant has an interest in your possession, custody or control.

5.  You must file the original Answer with the **Clerk of the U.S. District Court, 600 E. Monroe, Rm 151, Springfield, Il 62701**, with a copy mailed to the defendant and the **United States Attorney's Office, Financial Litigation Unit, at 318 S. 6th St., Springfield, Il 62701**.

6.  You are required to withhold and retain pending further Order any property in which the defendant has a substantial non-exempt interest which you are now, or may in the future, become indebted to the defendant.

_____
JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

**DATED:** _____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 02-30063-001 |
| | ) |
| CHRISTINE ROBERTS | ) |
| aka Tina Yearick | ) |
| nka Christine Stuhmer, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| WASHINGTON MUTUAL., | ) |
| | ) |
| Garnishee. | ) |

## CLERK'S NOTICE GARNISHMENT (NON-WAGE) #3

**N O T I C E**

You are hereby notified that this property, including but not limited to, a checking account number xx1373, is being taken by the United States Government which has a Court Judgment in the amount of $630,631.92 consisting of a $200.00 special assessment and $630,431.92 restitution on which 3.28% interest has been accruing since you were first liable for interest. A balance of $636,580.43 outstanding as of September 23, 2005.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if CHRISTINE ROBERTS STUHMER, can show that the exemptions apply. The attached "Summary of Exemptions and Claim of Exemption Form", starting on page 3, summarizes the exemptions which apply to the collection of a criminal monetary penalties.

If you are Defendant CHRISTINE ROBERTS STUHMER, you have a right to ask the Court to return your property to you if you think the property the Government is taking qualifies under one of the above exemptions or; in the case of a default judgment, you think you do not owe the money to the United States Government that it says you do. If you want hearing, you must notify the Court within 20 days after you receive this notice. You must make your request in writing, and either mail it or deliver it in person to the **Clerk of the U.S. District Court at 600 E. Monroe, Rm 151, Springfield, Il 62701**. If you wish, you may use this Notice to request the hearing by checking the boxes on page 3 and mailing this notice to the Court Clerk. You must also send a copy of your request to the United States Government at the **United States Attorney's Office, Attention Elizabeth L. Collins, Assistant U.S. Attorney, Financial Litigation Unit, 318 S. 6th St., Springfield, Il 62701**, so the Government will know you want a hearing. The hearing will take place within five days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the Court why you believe the property the Government has taken is exempt or, for a default judgment, why you think you do not owe the money to the Government. If you do not request a hearing within 20 days of receiving this Notice, your non-exempt disposable earnings may be taken and applied to the debt you owe the Government.

If you think you live outside the Federal Judicial district in which the Court is located, you may request, not later than 20 days after you receive this Notice, that this proceeding to take your property be transferred by the Court to the Federal Judicial District in which you reside. You must make your request in writing, and either mail it or deliver it in person to the **Clerk of the U.S. District Court at 600 E. Monroe, Rm 151, Springfield, Il 62701**. You must also send a copy of your request to the Government at the **U.S. Attorney's Office, Attention Elizabeth L. Collins, Assistant U.S. Attorney, Financial Litigation Unit, 318 S. 6th St., Springfield, Il 62701**, so the Government will know you want the proceeding to be transferred.

-3-

Be sure to keep a copy of this Notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

                                                                                                           _____

                                                             JOHN M. WATERS, CLERK
                                                             UNITED STATES DISTRICT COURT

**DATED**: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 02-30063-001 |
| | ) |
| CHRISTINE ROBERTS | ) |
| aka Tina Yearick | ) |
| nka Christine Stuhmer, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| WASHINGTON MUTUAL, | ) |
| | ) |
| Garnishee. | ) |

## SUMMARY OF EXEMPTIONS AND CLAIM OF EXEMPTION FORM #3

I claim that the exemption(s) from enforcement which are checked below apply in this case:

_____   1.   Wearing apparel and school books.--Such items of wearing apparel and such school books as are necessary for the debtor or for members of his family.  26 U.S.C. §6334(a)(1).

_____   2.   Fuel, provisions, furniture, and personal effects.--So much of the fuel, provisions, furniture, and personal effects in the Debtor's household, and of the arms for personal use, livestock, and poultry of the debtor, as does not exceed **$6,250** in value.  26 U.S.C. §6334(a)(2).

_____   3.   Books and tools of a trade, business, or profession.--So many of the books, and tools necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate $3,125 in value.  26 U.S.C. §6334(a)(3).

_____   4.   Unemployment benefits.--Any amount payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico.  26 U.S.C. §6334(a)(4).

_____   5.   Undelivered mail.--Mail, addressed to any person, which has not been delivered to the addressee.  26 U.S.C. §6334(a)(5).

-2-

_____        6.    Certain annuity and pension payments.--Annuity or pension payments under the Railroad Retirement Act, benefits under the railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. 1562, and annuities based on retired or retainer pay under Chapter 73 of Title 10 of United States Code.  26 U.S.C. §6334(a)(6).

_____        7.    Workmen's Compensation.--Any amount payable with respect to Compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of

the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico.  26 U.S.C.
 §6334(a)(7).

_____        8.    Judgments for support of minor children.--If the debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment. 26 U.S.C. §6334(a)(8).

_____        9.    Certain service-connected disability payments.--Any amount payable to an individual as a service-connected (within the meaning of Section 101(16) of Title 38, United States Code) disability benefit under--(A)  Sub chapter II, III, IV, V, or VI of Chapter 11 of such Title 38 or (b) Chapter 13, 21, 23, 31, 32, 34, 35, 37, or 39 of such Title 38,  26 U.S.C. §6334(a)(10).

_____        10.    Assistance under Job Training Partnership Act.--Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. 1501 et sep.) from funds appropriated pursuant to such Act.  26 U.S.C. §6334(a)(12).

        The statements made in this claim of exemptions and request for hearing as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct

_____        I hereby request a court hearing to decide the validity of my claims.  Notice of the hearing should be given to me by mail at:

(_____) or telephonically at (_____)
                     Address                                                    Phone No.

                              **CHRISTINE ROBERTS STUHMER**
                              Defendant's  name


                              _____
                              Signature of defendant        Date