E-FILED
Friday, 07 October, 2005  02:59:33 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 02-30063-001 |
| ) | |
| CHRISTINE ROBERTS ) | |
|   aka Tina Yearick ) | |
| nka Christine Stuhmer, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| UBS FINANCIAL SVC, ) | |
| ) | |
| Garnishee. ) | |

### ORDER FOR WRIT OF GARNISHMENT #1

The United States has applied for a Writ of Garnishment; and it appears to the Court that the requirements of 28 U.S.C. § 3205 are met and the proposed Writ conforms to the requirements of 28 U.S.C. § 3205(c)(2).

**THEREFORE IT IS ORDERED** that a Writ of Garnishment submitted by the government shall be issued.

s/Jeanne E. Scott
_____
Jeanne E. Scott
UNITED STATES DISTRICT JUDGE

**ENTERED:** This 6th day of October, 2005.