E-FILED
Friday, 07 October, 2005  03:00:31 PM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 02-30063-001 |
| | ) | |
| CHRISTINE ROBERTS | ) | |
| aka Tina Yearick | ) | |
| nka Christine Stuhmer, | ) | |
| | ) | |
| Defendant,) | | |
| | ) | |
| UBS FINANCIAL SVC, | ) | |
| | ) | |
| Garnishee. ) | | |

### WRIT OF GARNISHMENT (NON-WAGE) #1

**TO:   UBS FINANCIAL SVC**
**Attn: Alex McInerney**
**Legal Processing & Control**
**499 Washington Boulevard**
**Jersey City, NJ  07310**, Garnishee.

1. An Application for Writ of Non-Wage Garnishment against the property of

CHRISTINE ROBERTS STUHMER, defendant, has been filed with this Court. A

Judgment has been entered against this defendant whose last known address is in Phoenix,

AZ for criminal  monetary penalties consisting of a $200.00 special assessment and $630,431.92

restitution on which 3.28% interest began to accrue when the defendant was first liable for

interest.  The balance due on the Judgment is $636,580.43 as of September 23, 2005.

2.  The United States is represented by Elizabeth L. Collins, Assistant United States

Attorney, 318 S. 6th St., Springfield, Illinois 62701.

-2-

3.  You are required by law to answer in writing, under oath, within ten days, whether or not you have in your custody, control or possession, any property of the defendant, being an individual retirement account xxxxx3677.

4.  Your Answer shall include a description and the value of the defendant's property, or property in which the defendant has an interest in your possession, custody or control.

5.  You must file the original Answer with the **Clerk of the U.S. District Court, 600 E. Monroe, Rm 151, Springfield, Il 62701**, with a copy mailed to the defendant and the **United States Attorney's Office, Financial Litigation Unit, at 318 S. 6th St., Springfield, Il 62701**.

6.  You are required to withhold and retain pending further Order any property in which the defendant has a substantial non-exempt interest which you are now, or may in the future, become indebted to the defendant.

s/John M. Waters

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

**DATED:** ___10|7|05___