**E-FILED**
Friday, 07 October, 2005  03:03:30 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 02-30063-001 |
| | ) |
| CHRISTINE ROBERTS | ) |
| aka Tina Yearick | ) |
| nka Christine Stuhmer, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| PIPER JAFFRAY CO., | ) |
| | ) |
| Garnishee. | ) |

## **ORDER FOR WRIT OF GARNISHMENT #2**

The United States has applied for a Writ of Garnishment; and it appears to the

Court that the requirements of 28 U.S.C. § 3205 are met and the proposed Writ conforms

to the requirements of 28 U.S.C. § 3205(c)(2).

**THEREFORE IT IS ORDERED** that a Writ of Garnishment submitted by the

government shall be issued.

s/Jeanne E. Scott

Jeanne E. Scott
UNITED STATES DISTRICT JUDGE

**ENTERED:** This 6th day of October, 2005.