UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 02-30063-001 |
| ) | |
| CHRISTINE ROBERTS ) | |
| aka Tina Yearick ) | |
| nka Christine Stuhmer, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| PIPER JAFFRAY CO., ) | |
| ) | |
| Garnishee. ) | |

## CLERK'S NOTICE GARNISHMENT (NON-WAGE) #2

### N O T I C E

You are hereby notified that this property, including but not limited to, an individual retirement account number xxxx8035, is being taken by the United States Government which has a Court Judgment in the amount of $630,631.92 consisting of a $200.00 special assessment and $630,431.92 restitution on which 3.28% interest has been accruing since you were first liable for interest. A balance of $636,580.43 outstanding as of September 23, 2005.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if CHRISTINE ROBERTS STUHMER, can show that the exemptions apply. The attached "Summary of Exemptions and Claim of Exemption Form", starting on page 3, summarizes the exemptions which apply to the collection of a criminal monetary penalties.

If you are Defendant CHRISTINE ROBERTS STUHMER, you have a right to ask the Court to return your property to you if you think the property the Government is taking qualifies

-2-

under one of the above exemptions or; in the case of a default judgment, you think you do not owe the money to the United States Government that it says you do. If you want hearing, you must notify the Court within 20 days after you receive this notice. You must make your request in writing, and either mail it or deliver it in person to the **Clerk of the U.S. District Court at 600 E. Monroe, Rm 151, Springfield, Il 62701**. If you wish, you may use this Notice to request the hearing by checking the boxes on page 3 and mailing this notice to the Court Clerk. You must also send a copy of your request to the United States Government at the **United States Attorney's Office, Attention Elizabeth L. Collins, Assistant U.S. Attorney, Financial Litigation Unit, 318 S. 6th St., Springfield, Il 62701**, so the Government will know you want a hearing. The hearing will take place within five days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the Court why you believe the property the Government has taken is exempt or, for a default judgment, why you think you do not owe the money to the Government. If you do not request a hearing within 20 days of receiving this Notice, your non-exempt disposable earnings may be taken and applied to the debt you owe the Government.

If you think you live outside the Federal Judicial district in which the Court is located, you may request, not later than 20 days after you receive this Notice, that this proceeding to take your property be transferred by the Court to the Federal Judicial District in which you reside. You must make your request in writing, and either mail it or deliver it in person to the **Clerk of the U.S. District Court at 600 E. Monroe, Rm 151, Springfield, Il 62701**. You must also send a copy of your request to the Government at the **U.S. Attorney's Office, Attention Elizabeth L. Collins, Assistant U.S. Attorney, Financial Litigation Unit, 318 S. 6th St., Springfield, Il 62701**, so the Government will know you want the proceeding to be transferred.

-3-

Be sure to keep a copy of this Notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

s/John M. Waters

_____
JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

DATED: 10/7/05

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 02-30063-001 |
| | ) |
| CHRISTINE ROBERTS | ) |
| aka Tina Yearick | ) |
| nka Christine Stuhmer, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| PIPER JAFFRAY CO., | ) |
| | ) |
| Garnishee. | ) |

## SUMMARY OF EXEMPTIONS AND CLAIM OF EXEMPTION FORM #2

I claim that the exemption(s) from enforcement which are checked below apply in this case:

_____ 1.  Wearing apparel and school books.--Such items of wearing apparel and such school books as are necessary for the debtor or for members of his family. 26 U.S.C. §6334(a)(1).

_____ 2.  Fuel, provisions, furniture, and personal effects.--So much of the fuel, provisions, furniture, and personal effects in the Debtor's household, and of the arms for personal use, livestock, and poultry of the debtor, as does not exceed **$6,250** in value. 26 U.S.C. §6334(a)(2).

_____ 3.  Books and tools of a trade, business, or profession.--So many of the books, and tools necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate $3,125 in value. 26 U.S.C. §6334(a)(3).

_____ 4.  Unemployment benefits.--Any amount payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico. 26 U.S.C. §6334(a)(4).

_____ 5.  Undelivered mail.--Mail, addressed to any person, which has not been delivered to the addressee. 26 U.S.C. §6334(a)(5).

_____ 6.  Certain annuity and pension payments.--Annuity or pension payments under the Railroad Retirement Act, benefits under the railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy,

-2-

    Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. 1562, and annuities based on retired or retainer pay under Chapter 73 of Title 10 of United States Code. 26 U.S.C. §6334(a)(6).

_____    7.    Workmen's Compensation.--Any amount payable with respect to Compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of

the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico. 26 U.S.C. §6334(a)(7).

_____    8.    Judgments for support of minor children.--If the debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment. 26 U.S.C. §6334(a)(8).

_____    9.    Certain service-connected disability payments.--Any amount payable to an individual as a service-connected (within the meaning of Section 101(16) of Title 38, United States Code) disability benefit under--(A) Sub chapter II, III, IV, V, or VI of Chapter 11 of such Title 38 or (b) Chapter 13, 21, 23, 31, 32, 34, 35, 37, or 39 of such Title 38, 26 U.S.C. §6334(a)(10).

_____    10.    Assistance under Job Training Partnership Act.--Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. 1501 et sep.) from funds appropriated pursuant to such Act. 26 U.S.C. §6334(a)(12).

    The statements made in this claim of exemptions and request for hearing as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct

_____    I hereby request a court hearing to decide the validity of my claims. Notice of the hearing should be given to me by mail at:

(_____) or telephonically at (_____)
                  Address                                                        Phone No.

                                        **CHRISTINE ROBERTS STUHMER**
                                        Defendant's name

_____
Signature of defendant              Date