E-FILED
Friday, 07 October, 2005  03:07:07 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 02-30063-001 |
| CHRISTINE ROBERTS<br>aka Tina Yearick<br>nka Christine Stuhmer, | ) |
| Defendant, | ) |
| WASHINGTON MUTUAL, | ) |
| Garnishee. | ) |

## ORDER FOR WRIT OF GARNISHMENT #3

The United States has applied for a Writ of Garnishment; and it appears to the Court that the requirements of 28 U.S.C. § 3205 are met and the proposed Writ conforms to the requirements of 28 U.S.C. § 3205(c)(2).

**THEREFORE IT IS ORDERED** that a Writ of Garnishment submitted by the government shall be issued.

s/Jeanne E. Scott
Jeanne E. Scott
UNITED STATES DISTRICT JUDGE

ENTERED: This 6th day of October, 2005.