UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 02-30063-001 ) |
| CHRISTINE ROBERTS<br>aka Tina Yearick<br>nka Christine Stuhmer, | ) ) ) ) |
| Defendant, | ) ) |
| WASHINGTON MUTUAL, | ) ) |
| Garnishee. | ) |

### WRIT OF GARNISHMENT (NON-WAGE) #3

TO:   WASHINGTON MUTUAL
      Attn: Legal Processing
      Mail Stop NO80202
      P.O. Box 2151
      Chatsworth, CA 91313-2151, Garnishee.

1. An Application for Writ of Non-Wage Garnishment against the property of CHRISTINE ROBERTS STUHMER, defendant, has been filed with this Court. A Judgment has been entered against this defendant whose last known address is in Phoenix, AZ 85086-7008 for criminal monetary penalties consisting of a $200.00 special assessment and $630,431.92 restitution on which 3.28% interest began to accrue when the defendant was first liable for interest. The balance due on the Judgment is $636,580.43 as of September 23, 2005.

-2-

2. The United States is represented by Elizabeth L. Collins, Assistant United States Attorney, 318 S. 6th St., Springfield, Illinois 62701.

3. You are required by law to answer in writing, under oath, within ten days, whether or not you have in your custody, control or possession, any property of the defendant, including but not limited to a checking account number xx1373.

4. Your Answer shall include a description and the value of the defendant's property, or property in which the defendant has an interest in your possession, custody or control.

5. You must file the original Answer with the **Clerk of the U.S. District Court, 600 E. Monroe, Rm 151, Springfield, Il 62701**, with a copy mailed to the defendant and the **United States Attorney's Office, Financial Litigation Unit, at 318 S. 6th St., Springfield, Il 62701**.

6. You are required to withhold and retain pending further Order any property in which the defendant has a substantial non-exempt interest which you are now, or may in the future, become indebted to the defendant.

s/John M. Waters

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

DATED: 10/7/05