## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 02-30063-001 |
| | ) |
| CHRISTINE ROBERTS | ) |
| aka Tina Yearick | ) |
| nka Christine Stuhmer, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| UBS FINANCIAL SVC, | ) |
| | ) |
| Garnishee. | ) |

## **A F F I D A V I T #1**

State of Illinois
County of Sangamon

I, Elizabeth L. Collins, Assistant U.S. Attorney, being first duly sworn, deposes and says that:

I served the Writ of Garnishment (Non-Wage) #1 on CHRISTINE ROBERTS, Defendant, on the 12th day of October, 2005 by placing the Writ in the United States mail, postage prepaid, addressed to her last known address at the FCI Phoenix, Phoenix AZ along with the following attachments:

1. Clerk's Notice Garnishment (Non-Wage) #1
2. Instructions to Garnishee (including Answer).
3. Instructions to the Defendant.
4. Application for Writ & Memorandum of Law
5. Order of Writ.

s/ Elizabeth L. Collins
_____
By:   Elizabeth L. Collins, Bar No. 487864
United States Attorneys Office
318 S. 6th Street
Springfield, IL 62701
Phone: 217/492-4450
Fax: 217/492-4888
email: beth_collins@usdoj.gov

2

Pursuant to Title 28, Section 1746, I, Elizabeth L. Collins, Assistant U.S. Attorney, declare under penalty of perjury that the foregoing is true and correct.

DATED:   October 12, 2005                              s/Elizabeth L. Collins

                                                       _____
                                         By:           Elizabeth L. Collins, Bar No. 487864
                                                       United States Attorneys Office
                                                       318 S. 6th Street
                                                       Springfield, IL 62701
                                                       Phone: 217/492-4450
                                                       Fax: 217/492-4888
                                                       email: beth_collins@usdoj.gov

3

## **CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **A F F I D A V I T** , has been made by placing in the United States mail, postage prepaid, addressed to:

>CHRISTINE ROBERTS STUHMER
>Reg.No. 13900-026
>Phoenix FCI
>37900 N. 45th Ave.
>Phoenix, AZ 85086-7008
>
>UBS FINANCIAL SVC
>Attn: Mr. Ivan Sterling, Paralegal
>Legal Processing & Control
>499 Washington Boulevard
>Jersey City, NJ 07310

October 12, 2005

s/ Elizabeth L. Collins

By: Elizabeth L. Collins Bar No. 487864
United States Attorneys Office
318 S. 6th Street
Springfield, IL 62701
Phone: 217/492-4450
Fax: 217/492-4888
email: beth_collins@usdoj.gov