E-FILED
Wednesday, 12 October, 2005  12:35:59 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 02-30063-001 |
| | ) |
| CHRISTINE ROBERTS | ) |
|    aka Tina Yearick | ) |
| nka Christine Stuhmer, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| PIPER JAFFRAY CO., | ) |
| | ) |
| Garnishee. | ) |

### A F F I D A V I T #2

State of Illinois
County of Sangamon

I, Elizabeth L. Collins, Assistant U.S. Attorney, being first duly sworn, deposes and says that:

I served the Writ of Garnishment (Non-Wage) #2 on CHRISTINE ROBERTS, Defendant, on the 12th day of October, 2005 by placing the Writ in the United States mail, postage prepaid, addressed to her last known address at the FCI Phoenix, Phoenix AZ along with the following attachments:

1. Clerk's Notice Garnishment (Non-Wage) #2
2. Instructions to Garnishee (including Answer).
3. Instructions to the Defendant.
4. Application for Writ & Memorandum of Law
5. Order of Writ.

                                                s/ Elizabeth L. Collins
                                        _____
                      By:    Elizabeth L. Collins, Bar No. 487864
                             United States Attorneys Office
                             318 S. 6th Street
                             Springfield, IL 62701
                             Phone: 217/492-4450
                             Fax: 217/492-4888
                             email: beth_collins@usdoj.gov

2

Pursuant to Title 28, Section 1746, I, Elizabeth L. Collins, Assistant U.S. Attorney, declare under penalty of perjury that the foregoing is true and correct.

DATED:  October 12, 2005                s/Elizabeth L. Collins

                                        _____
                                  By:   Elizabeth L. Collins, Bar No. 487864
                                        United States Attorneys Office
                                        318 S. 6th Street
                                        Springfield, IL 62701
                                        Phone: 217/492-4450
                                        Fax: 217/492-4888
                                        email: beth_collins@usdoj.gov

3

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **A F F I D A V I T** , has been made by placing in the United States mail, postage prepaid, addressed to:

>CHRISTINE ROBERTS STUHMER
>Reg.No. 13900-026
>Phoenix FCI
>37900 N. 45th Ave.
>Phoenix, AZ 85086-7008
>
>PIPER JAFFRAY CO.
>Attn: General Counsel
>Mail Stop J09N02
>800 Nicolette Mall
>Minneapolis, MN 55402

October 12, 2005

s/ Elizabeth L. Collins

By: Elizabeth L. Collins Bar No. 487864
United States Attorneys Office
318 S. 6th Street
Springfield, IL 62701
Phone: 217/492-4450
Fax: 217/492-4888
email: beth_collins@usdoj.gov