## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 02-30063-001 |
| | ) |
| CHRISTINE ROBERTS | ) |
| aka Tina Yearick | ) |
| nka Christine Stuhmer, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| WASHINGTON MUTUAL, | ) |
| | ) |
| Garnishee. | ) |

### A F F I D A V I T #3

State of Illinois
County of Sangamon

      I, Elizabeth L. Collins, Assistant U.S. Attorney, being first duly sworn, deposes and says that:

      I served the Writ of Garnishment (Non-Wage) #3 on CHRISTINE ROBERTS, Defendant, on the 12th day of October, 2005 by placing the Writ in the United States mail, postage prepaid, addressed to her last known address at the FCI Phoenix, Phoenix AZ along with the following attachments:

1. Clerk's Notice Garnishment (Non-Wage) #3
2. Instructions to Garnishee (including Answer).
3. Instructions to the Defendant.
4. Application for Writ & Memorandum of Law
5. Order of Writ.

      s/ Elizabeth L. Collins
      _____
By:   Elizabeth L. Collins, Bar No. 487864
      United States Attorneys Office
      318 S. 6th Street
      Springfield, IL 62701
      Phone: 217/492-4450
      Fax: 217/492-4888
      email: beth_collins@usdoj.gov

2

Pursuant to Title 28, Section 1746, I, Elizabeth L. Collins, Assistant U.S. Attorney, declare under penalty of perjury that the foregoing is true and correct.

DATED:   October 12, 2005                    s/Elizabeth L. Collins

                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  

By:   Elizabeth L. Collins, Bar No. 487864
United States Attorneys Office
318 S. 6th Street
Springfield, IL 62701
Phone: 217/492-4450
Fax: 217/492-4888
email: beth_collins@usdoj.gov

3

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **A F F I D A V I T** , has been made by placing in the United States mail, postage prepaid, addressed to:

>CHRISTINE ROBERTS STUHMER
>Reg.No. 13900-026
>Phoenix FCI
>37900 N. 45th Ave.
>Phoenix, AZ 85086-7008
>
>WASHINGTON MUTUAL
>Attn: Legal Processing
>Mail Stop N080202
>P.O. Box 2151
>Chatsworth, CA 91313-2151

October 12, 2005

>s/ Elizabeth L. Collins
>
>_____
>By:   Elizabeth L. Collins Bar No. 487864
>      United States Attorneys Office
>      318 S. 6th Street
>      Springfield, IL 62701
>      Phone: 217/492-4450
>      Fax: 217/492-4888
>      email: beth_collins@usdoj.gov