**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 02-30063-001 |
| ) | |
| CHRISTINE ROBERTS ) | |
| aka Tina Yearick ) | |
| nka Christine Stuhmer, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| UBS FINANCIAL SVC, ) | |
| ) | |
| Garnishee. ) | |

**CERTIFICATE OF SERVICE**

The Writ of Garnishment (Non-Wage) #1 and the following Documents were served upon the Garnishee by Certified Mail No. 7003 1010 0000 2840 6549 on October 17, 2005:

1. Clerk's Notice of Post Judgment Garnishment.

2. Instructions to Garnishee (including Answer)

3. Instructions to Defendant.

4. Application for Writ (including Memorandum).

5. Order of Writ.

Respectfully submitted,

s/ Elizabeth L. Collins

By:  Elizabeth L. Collins
     Bar No. 487864
     Attorney for Plaintiff
     United States Attorneys Office
     318 South 6th Street
     Springfield, Il 62701
     Telephone: 217/492-4450
     Fax:  217/492-4888
     email:  beth.collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **CERTIFICATE OF SERVICE**, has been placed in the United States mail addressed to:

        CHRISTINE ROBERTS STUHMER
        Reg. No. 13900-026
        Phoenix FCI
        37900 N. 45th Ave.
        Phoenix, AZ 85086-7008

        UBS FINANCIAL SVC
        Attn: Mr. Ivan Sterling
        Legal Processing Control
        499 Washington Boulevard 10th Floor
        Jersey City, NJ 07310

        s/ Elizabeth L. Collins

Date:  October 21, 2005

By:  Elizabeth L. Collins
     Bar No. 487864
     Attorney for Plaintiff
     United States Attorneys Office
     318 South 6th Street
     Springfield, Il 62701
     Telephone: 217/492-4450
     Fax:  217/492-4888
     email:  beth.collins@usdoj.gov