E-FILED
Friday, 21 October, 2005  01:53:33 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 02-30063-001 |
| ) | |
| CHRISTINE ROBERTS ) | |
|   aka Tina Yearick ) | |
| nka Christine Stuhmer, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| PIPER JAFFRAY CO., ) | |
| ) | |
| Garnishee. ) | |

**CERTIFICATE OF SERVICE**

The Writ of Garnishment (Non-Wage) #2 and the following Documents were served upon the Garnishee by Certified Mail No. 7003 1010 0000 2840 6532 on October 17, 2005:

1. Clerk's Notice of Post Judgment Garnishment.

2. Instructions to Garnishee (including Answer)

3. Instructions to Defendant.

4. Application for Writ (including Memorandum).

5. Order of Writ.

Respectfully submitted,

s/ Elizabeth L. Collins

By:   Elizabeth L. Collins
      Bar No. 487864
      Attorney for Plaintiff
      United States Attorneys Office
      318 South 6th Street
      Springfield, Il 62701
      Telephone: 217/492-4450
      Fax:  217/492-4888
      email:  beth.collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **CERTIFICATE OF SERVICE**, has been placed in the United States mail addressed to:

> CHRISTINE ROBERTS STUHMER
> Reg. No. 13900-026
> Phoenix FCI
> 37900 N. 45th Ave.
> Phoenix, AZ 85086-7008
>
> PIPER JAFFRAY CO.
> Attn: Ms. Nicole Radtke, Paralegal
> General Counsel Department
> 800 Nicollet Mall, Mail Stop J09N02
> Minneapolis, MN 55402-7020

```
                                s/ Elizabeth L. Collins

Date:  October 21, 2005         _____
                          By:   Elizabeth L. Collins
                                Bar No. 487864
                                Attorney for Plaintiff
                                United States Attorneys Office
                                318 South 6th Street
                                Springfield, Il 62701
                                Telephone: 217/492-4450
                                Fax:  217/492-4888
                                email:  beth.collins@usdoj.gov
```