ORIGINAL

E-FILED
Friday, 21 October, 2005 04:37:09 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 02-30063-001 |
| ) | |
| CHRISTINE ROBERTS ) | |
|   aka Tina Yearick ) | |
| nka Christine Stuhmer, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| PIPER JAFFRAY CO., ) | |
| ) | |
| Garnishee. ) | |

FILED
OCT 2 0 2005
JOHN M. WATERS, Clerk
U S DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## ANSWER OF NON-WAGE GARNISHEE #2

I state under oath the following:

1. **IF GARNISHEE IS AN INDIVIDUAL:**

That he/she is Garnishee herein doing business in the name of __N/A__

**IF GARNISHEE IS A PARTNERSHIP:**

That he/she is a member of a partnership in the name of __N/A__

**IF GARNISHEE IS A CORPORATION:**

That he/she is the (State Official Title) __Paralegal__ of Garnishee, PIPER JAFFRAY CO. a corporation organized under the laws of the State of __Delaware__.

2. The address of the Garnishee is __800 Nicollet Mall, Minneapolis, MN 55402 Mail Stop J09N02__

3. The Garnishee was served with the Writ of Non-Wage Garnishment on __October 17, 05__ (Date).

4. I have custody control or possession of the following property belonging to CHRISTINE ROBERTS STUHMER:

-2-

a. Checking Account Balances (Please include account number and indicate whether jointly or individually held and if joint, name(s) of the joint owners): __N|A__

b. Savings Account Balances (Please include account number and indicate whether jointly or individually held and if joint, name(s) of the owners): __N|A__

c. Certificates of Deposit (Please include any numbers & value): __N|A__

d. Other accounts (type, number & value): __IRA, # 8122-8035, $48,561.98__

5. There are no previous garnishments on the property. (If there are garnishments in effect, state the property garnished and when garnishment terminates): __None__

6. I will withhold and retain the Checking and Savings Account balances and Certificates of Deposit until further order of this Court.

*Piper Jaffray cannot predict or control market fluctuation and will not be responsible for any decline in the account's value due to market fluctuation.*

7. If you deny that you have property subject to this order of garnishment or believe the property is exempt, check the applicable line below and state the specific objection.

_____ The Garnishee makes the following claim of exemption on the part of Defendant:

_____

_____ The Garnishee has the following objections, defenses, set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

_____

_____

_____ The Garnishee is not indebted or under liability to the Defendant; the Garnishee does not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and the Garnishee is in no manner liable as Garnishee in this action.

_____ Explanation of claimed exemption, objection or deference to garnishment.

-3-

_____

_____

8. On October 19, 2005, I mailed the **original** Answer of Non-Wage Garnishment to:

    U.S. Clerks Office
    600 E. Monroe, Rm 151
    Springfield, Illinois 62701

I mailed copies of my Answer to:

    CHRISTINE ROBERTS STUHMER
    Reg. No. 13900-026
    Phoenix FCI
    37900 N. 45th Ave.
    Phoenix, AZ 85086-7008

    U.S. Attorneys Office
    Financial Litigation Unit
    318 S. 6th Street
    Springfield, Illinois 62701

6. I declare under penalty of perjury that the above answers are true and correct. 28 U.S.C. §1746.

*[signature]* - Paralegal
Signature & Title

Nicole Radtke - Paralegal
(Printed Name & Title)

Piper Jaffray & Co.
Address

800 Nicollet Mall J09N02

Minneapolis, MN 55402

612-303-1443
Telephone

612-303-1772
Fax Number