E-FILED
Friday, 21 October, 2005 04:38:39 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
OCT 2 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 02-30063-001 |
| CHRISTINE ROBERTS<br>aka Tina Yearick<br>nka Christine Stuhmer, | ) |
| Defendant, | ) |
| UBS FINANCIAL SVC, | ) |
| Garnishee. | ) |

## ANSWER OF NON-WAGE GARNISHEE #1

I state under oath the following:

1. **IF GARNISHEE IS AN INDIVIDUAL:**

That he/she is Garnishee herein doing business in the name of _____

**IF GARNISHEE IS A PARTNERSHIP:**

That he/she is a member of a partnership in the name of _____

**IF GARNISHEE IS A CORPORATION:**

That he/she is the (State Official Title) **Custodian of Record** of Garnishee, UBS FINANCIAL SVC a corporation organized under the laws of the State of **New Jersey**.

2. The address of the Garnishee is **499 Washington Blvd. Jersey CITY, NJ 07310**

3. The Garnishee was served with the Writ of Non-Wage Garnishment on __10/18/05__ (Date).

4. I have custody control or possession of the following property belonging to CHRISTINE ROBERTS STUHMER:

**ORIGINAL**

-2-

a. Checking Account Balances (Please include account number and indicate whether jointly or individually held and if joint, name(s) of the joint owners): _____

b. Savings Account Balances (Please include account number and indicate whether jointly or individually held and if joint, name(s) of the owners): **Individual Retirement Account number BY46636 account balance $1,204.00**

c. Certificates of Deposit (Please include any numbers & value): _____

d. **Other accounts** (type, number & value): _____

5. There are no previous garnishments on the property. (If there are garnishments in effect, state the property garnished and when garnishment terminates): **no previous garnishments**

6. I will withhold and retain the Checking and Savings Account balances and Certificates of Deposit until further order of this Court. **Account will remain restrained until further order of the court.**

7. If you deny that you have property subject to this order of garnishment or believe the property is exempt, check the applicable line below and state the specific objection.

_____ The Garnishee makes the following claim of exemption on the part of Defendant:

_____

_____ The Garnishee has the following objections, defenses, set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

_____

_____

_____ The Garnishee is not indebted or under liability to the Defendant; the Garnishee does not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and the Garnishee is in no manner liable as Garnishee in this action.

_____ Explanation of claimed exemption. objection or deference to garnishment.

-3-

_____

_____

8. On <u>October 18, 2005</u>, I mailed the **original** Answer of Non-Wage Garnishment to:

        U.S. Clerks Office
        600 E. Monroe, Rm 151
        Springfield, Illinois 62701

I mailed copies of my Answer to:

        CHRISTINE ROBERTS STUHMER
        Reg. No. 13900-026
        Phoenix FCI
        37900 N. 45th Ave.
        Phoenix, AZ 85086-7008

        U.S. Attorneys Office
        Financial Litigation Unit
        318 S. 6th Street
        Springfield, Illinois 62701

6. I declare under penalty of perjury that the above answers are true and correct. 28 U.S.C. §1746.

_____ Paralegal
Signature & Title
Ivan Sterling Paralegal
(Printed Name & Title)

499 Washington Blvd
Address
Jersey City, NJ 07310

(201) 318-2725
Telephone
(201) 318-2890
Fax Number

ALEXANDRA McINERNEY
Notary Public, State of New Jersey
No. 2330243
Qualified in Bergen County
Commission Expires June 14, 2010