**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 02-30063-001 |
| ) | |
| CHRISTINE ROBERTS ) | |
|   aka Tina Yearick ) | |
| nka Christine Stuhmer, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| WASHINGTON MUTUAL, ) | |
| ) | |
| Garnishee. ) | |

**CERTIFICATE OF SERVICE**

The Writ of Garnishment (Non-Wage) #3 and the following Documents were served upon the Garnishee by Certified Mail No. 7003 1010 0000 2840 8086 on October 24, 2005:

1. Clerk's Notice of Post Judgment Garnishment.

2. Instructions to Garnishee (including Answer)

3. Instructions to Defendant.

4. Application for Writ (including Memorandum).

5. Order of Writ.

Respectfully submitted,

s/ Elizabeth L. Collins

By:  Elizabeth L. Collins
Bar No. 487864
Attorney for Plaintiff
United States Attorneys Office
318 South 6th Street
Springfield, Il 62701
Telephone: 217/492-4450
Fax:  217/492-4888
email:  beth.collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **CERTIFICATE OF SERVICE**, has been placed in the United States mail addressed to:

>CHRISTINE ROBERTS STUHMER
>Reg. No. 13900-026
>Phoenix FCI
>37900 N. 45th Ave.
>Phoenix, AZ 85086-7008

>WASHINGTON MUTUAL
>Attn: Legal Processing
>Mail Stop N080202
>P.O. Box 2151
>Chatsworth, CA  91313-2151

```
                                    s/ Elizabeth L. Collins

Date:  October 31, 2005
                            By:  _____
                                 Elizabeth L. Collins
                                 Bar No. 487864
                                 Attorney for Plaintiff
                                 United States Attorneys Office
                                 318 South 6th Street
                                 Springfield, Il 62701
                                 Telephone: 217/492-4450
                                 Fax:  217/492-4888
                                 email:  beth.collins@usdoj.gov
```