**E-FILED**
Friday, 30 December, 2005  01:44:26 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 02-30063-001 |
| | ) | |
| CHRISTINE ROBERTS | ) | |
| aka Tina Yearick | ) | |
| nka Christine Stuhmer, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| UBS FINANCIAL SVC, | ) | |
| | ) | |
| Garnishee. | ) | |

## MOTION FOR TURNOVER ORDER #1

The United States moves pursuant to 28 U.S.C. §3205(c)(7), for an order directing

**UBS FINANCIAL SVC**  to turn over to the Clerk of the U.S. District Court, Attention: Finance

Department, 100 N.E. Monroe, Room 309, Peoria, Illinois 61602, the value which is

approximately $1,204.00 of the Defendant's Individual Retirement Account #xxx6636 for

payment on the monetary debts of **CHRISTINE ROBERTS** owing in this case and states as

grounds the following.

1.  A Writ of Garnishment (Non Wage), directed to Garnishee, has been duly issued and

served upon the Garnishee and the Defendant.

2.  Pursuant to the Writ of Garnishment (Non-Wage), the Garnishee filed an Answer

October 21, 2005, stating that at the time of the service of the Writ he had in his possession or

under his control personal property belonging to and due Defendant being $1,204.00 in an

Individual Retirement Account, and that Garnishee would be indebted to Defendant.

3.  The Defendant was notified of her right to a hearing and has not requested a hearing

to determine exempt property.

5.  The United States submits the accompanying Memorandum of Law, which

includes a brief statement of specific points or propositions of law and supporting

authorities relied upon and identifying the rule under which the motion is filed.

WHEREFORE, the Motion for Turnover Order should be granted and the Order so

providing be entered by this Court.

Respectfully submitted,


RODGER A. HEATON
UNITED STATES ATTORNEY



December 30, 2005                              s/ Elizabeth L. Collins

_____

By:    Elizabeth L. Collins, Bar # 487864
       Attorney for Plaintiff
       United States Attorneys Office
       318 S. 6th Street
       Springfield, Illinois 62701
       Tel: 217-492-4450
       Fax: 217-492-4888
       E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the Motion and Proposed Order to:

CHRISTINE ROBERTS STUHMER
Reg. No. 13900-026
Phoenix FCI
37900 N. 45th Ave.
Phoenix, AZ 85086-7008

UBS FINANCIAL SVC
Attn: Mr. Ivan Sterling
Legal Processing Control
499 Washington Boulevard 10th Floor
Jersey City, NJ 07310

December 30, 2005                         s/ Elizabeth L. Collins
                                          _____
                              By:    Elizabeth L. Collins, Bar # 487864
                                     Attorney for Plaintiff
                                     United States Attorneys Office
                                     318 S. 6th Street
                                     Springfield, Illinois 62701
                                     Tel: 217-492-4450
                                     Fax: 217-492-4888
                                     E-mail: Beth.Collins@usdoj.gov

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 02-30063-001 |
| | ) | |
| CHRISTINE ROBERTS | ) | |
|   aka Tina Yearick | ) | |
| nka Christine Stuhmer, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| UBS FINANCIAL SVC, | ) | |
| | ) | |
| Garnishee. | ) | |

### TURNOVER ORDER #1

The Court finds that a Writ of Garnishment (Non-Wage) #1 has been duly issued and served upon the Garnishee and the Defendant; pursuant to the Writ of Garnishment (Non-Wage) #1, the Garnishee filed an Answer on October 21, 2005, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant, and that Garnishee would be indebted to Defendant; and the Defendant was notified of her right to a hearing and has not requested a hearing.

**WHEREFORE, IT IS ORDERED** that Garnishee:

(1) pay to the United States the value of the Defendant's Individual Retirement Account which is approximately $1,204.00 to the **"Clerk**, **United States District Court",** referencing the Court No. 02-30063-001 on the payment, and mail it to the **Clerk, United States District Court, Attn: Finance Department, 100 N. E. Monroe, Rm 309, Peoria, Illinois 61602**.

2

This garnishment is terminated upon receipt of these funds by the Clerk of the U.S.

District Court.


ENTERED: _____.



                                             _____
                                             JEANNE E. SCOTT
                                             UNITED STATES DISTRICT JUDGE