**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    NO. 02-30063-001 |
| | ) |
| CHRISTINE ROBERTS | ) |
| aka Tina Yearick | ) |
| nka Christine Stuhmer, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| UBS FINANCIAL SVC, | ) |
| | ) |
| Garnishee. | ) |

**MEMORANDUM OF LAW IN SUPPORT OF**
**MOTION FOR TURNOVER ORDER #1**

This garnishment proceeding was brought pursuant to the Federal Debt Collection

Procedures Act (FDCPA), 28 U.S.C. §3001 et. seq.  (hereinafter cited by section number only) to

enforce collection of a criminal restitution order.

1.  The balance of the criminal monetary penalties, including interest, owed as of

December 30, 2005 is $642,132.38.

2.  The United States Attorney, by delegation of the Attorney General, has the

responsibility to enforce collection of criminal restitution orders. 18 U.S.C. § 3612(c).

3.  Pursuant to the Court's Order, a writ of garnishment was issued (Doc. 260) and served

on Garnishee (Doc. 271).

4.  The Defendant was advised of her right to a hearing by the Clerk's Notice (Doc. 261).

5.  The Garnishee filed an answer in this case (Doc. 274) which showed that the Defendant had funds in an Individual Retirement Account that are subject to garnishment.

6.  Neither the Defendant, nor the Garnishee, filed a request for a hearing.

7.  The FDCPA provides that after a Garnishee files an answer, and if no hearing is requested within 20 days after receipt of the Answer, the court shall promptly enter an order directing the garnishee as to the disposition of the judgment debtor's non-exempt interest in such property. 28 U.S.C. § 3205(c)(5) & (7).

8.  Pursuant to 18 U.S.C. § 3613(a)(1) & (f) and 26 U.S.C.  §6334(a), the Defendant's interest in her Individual Retirement Account is not exempt from this garnishment to enforce a criminal order of restitution.

9.  The payments by the garnishee should be made to and through the Clerk of the U.S. District Court in accordance with 18 U.S.C. § 3611.

WHEREFORE, the Motion for Turnover Order should be granted and an Order so providing be entered by this Court.

Respectfully submitted,

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

December 30, 2005                    s/ Elizabeth L. Collins
                                     _____
                        By:    Elizabeth L. Collins, Bar No. 487864
                               Attorney for Plaintiff
                               United States Attorneys Office
                               318 S. 6th Street
                               Springfield, Illinois 62701
                               Telephone:  217/492-4450
                               Fax: 217/492-4888
                               email: Beth.Collins@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the Memorandum of Law to:

CHRISTINE ROBERTS STUHMER
Reg. No. 13900-026
Phoenix FCI
37900 N. 45th Ave.
Phoenix, AZ 85086-7008

UBS FINANCIAL SVC
Attn: Mr. Ivan Sterling
Legal Processing Control
499 Washington Boulevard 10th Floor
Jersey City, NJ 07310

Date: December 30, 2005                    s/ Elizabeth L. Collins

_____
Elizabeth L. Collins, Bar No. 487864
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Telephone:  217/492-4450
Fax: 217/492-4888
email: Beth.Collins@usdoj.gov