UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 02-30063-001 |
| ) | |
| CHRISTINE ROBERTS ) | |
|   aka Tina Yearick ) | |
| nka Christine Stuhmer, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| PIPER JAFFRAY CO., ) | |
| ) | |
| Garnishee. ) | |

## MOTION FOR TURNOVER ORDER #2

The United States moves pursuant to 28 U.S.C. §3205(c)(7), for an order directing **PIPER JAFFRAY CO.** to turn over to the Clerk of the U.S. District Court, Attention: Finance Department, 100 N.E. Monroe, Room 309, Peoria, Illinois 61602, the value which is approximately $48,561.98 of the Defendant's Individual Retirement Account #xxxx-8035 for payment on the monetary debts of **CHRISTINE ROBERTS** owing in this case and states as grounds the following.

    1.  A Writ of Garnishment (Non Wage), directed to Garnishee, has been duly issued and served upon the Garnishee and the Defendant.

    2.  Pursuant to the Writ of Garnishment (Non-Wage), the Garnishee filed an Answer October 21, 2005, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant being approximately $48,561.98 in an Individual Retirement Account, and that Garnishee would be indebted to Defendant.

    3.  The Defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

    5.  The United States submits the accompanying Memorandum of Law, which includes a brief statement of specific points or propositions of law and supporting authorities relied upon and identifying the rule under which the motion is filed.

    WHEREFORE, the Motion for Turnover Order should be granted and the Order so providing be entered by this Court.

                              Respectfully submitted,

                              RODGER A. HEATON
                              UNITED STATES ATTORNEY

December 30, 2005                      s/ Elizabeth L. Collins

                      By:   Elizabeth L. Collins, Bar # 487864
                            Attorney for Plaintiff
                            United States Attorneys Office
                            318 S. 6th Street
                            Springfield, Illinois 62701
                            Tel: 217-492-4450
                            Fax: 217-492-4888
                            E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the Motion and Proposed Order to:

    CHRISTINE ROBERTS STUHMER
    Reg. No. 13900-026
    Phoenix FCI
    37900 N. 45th Ave.
    Phoenix, AZ 85086-7008

    PIPER JAFFRAY CO.
    Attn: Ms. Nicole Radtke, Paralegal
    General Counsel Department
    800 Nicollet Mall, Mail Stop J09N02
    Minneapolis, MN  55402-7020

December 30, 2005                                              s/ Elizabeth L. Collins

                                                      By:   Elizabeth L. Collins, Bar # 487864
                                                                Attorney for Plaintiff
                                                                United States Attorneys Office
                                                                318 S. 6th Street
                                                                Springfield, Illinois 62701
                                                                Tel: 217-492-4450
                                                               Fax: 217-492-4888
                                                               E-mail: Beth.Collins@usdoj.gov

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 02-30063-001 |
| ) | |
| CHRISTINE ROBERTS ) | |
|   aka Tina Yearick ) | |
| nka Christine Stuhmer, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| PIPER JAFFRAY CO., ) | |
| ) | |
| Garnishee. ) | |

### TURNOVER ORDER #2

The Court finds that a Writ of Garnishment (Non-Wage) #2 has been duly issued and served upon the Garnishee and the Defendant; pursuant to the Writ of Garnishment (Non-Wage) #2, the Garnishee filed an Answer on October 21, 2005, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant, and that Garnishee would be indebted to Defendant; and the Defendant was notified of her right to a hearing and has not requested a hearing.

**WHEREFORE, IT IS ORDERED** that Garnishee:

(1) pay to the United States the value of the Defendant's Individual Retirement Account which is approximately $48,561.98 to the **"Clerk**, **United States District Court",** referencing the Court No. 02-30063-001 on the payment, and mail it to the **Clerk, United States District Court, Attn: Finance Department, 100 N. E. Monroe, Rm 309, Peoria, Illinois 61602**.

2

      This garnishment is terminated upon receipt of these funds by the Clerk of the U.S. District Court.

ENTERED: _____.

                                                    _____
                                                    JEANNE E. SCOTT
                                                     UNITED STATES DISTRICT JUDGE

3:02-cr-30063-JES    # 278    Page 5 of 5