E-FILED
Tuesday, 03 January, 2006  03:14:46 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02-30063 |
| ) | |
| CHRISTINE ROBERTS, ) | |
| a/k/a Tina Yearick, ) | |
| n/k/a Christine Stuhmer, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| UBS FINANCIAL SVC, ) | |
| ) | |
| Garnishee. ) | |

## TURNOVER ORDER #1

JEANNE E. SCOTT, U.S. District Judge:

The Court finds that a Writ of Garnishment (Non-Wage) #1 has been duly issued and served upon the Garnishee and the Defendant; pursuant to the Writ of Garnishment (Non-Wage) #1, the Garnishee filed an Answer on October 20, 2005, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant, and that Garnishee would be indebted to Defendant;

and the Defendant was notified of her right to a hearing and has not requested a hearing.

WHEREFORE, IT IS ORDERED that Garnishee:

(1)  pay to the United States the value of the Defendant's Individual Retirement Account which is approximately $1,204.00 to the "Clerk, United States District Court", referencing the Court No. 02-30063-001 on the payment, and mail it to the Clerk, United States District Court, Attn: Finance Department, 100 N. E. Monroe, Rm 309, Peoria, Illinois 61602.

This garnishment is terminated upon receipt of these funds by the Clerk of the U.S. District Court.

ENTER:  January 3, 2006.

FOR THE COURT:

s/ Jeanne E. Scott<br>JEANNE E. SCOTT<br>UNITED STATES DISTRICT JUDGE