E-FILED
Friday, 27 January, 2006  12:57:22 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 02-30063 |
| | ) | |
| CHRISTINE ROBERTS, | ) | |
|  a/k/a Tina Yearick, | ) | |
|  n/k/a Christine Stuhmer, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| UBS FINANCIAL SVC, | ) | |
| | ) | |
| Garnishee. | ) | |

### FINAL ACCOUNTING OF GARNISHMENT (NON-WAGE) #1

The United States, pursuant to 28 U.S.C. §3205(c)(9)(B), makes the following final accounting on the Writ of Garnishment (Non-Wage) issued by this Court on October 7, 2005:

1. Amount collected: $1,332.68.

2. The garnishment is completed because the Garnishee, UBS FINANCIAL SVC, turned over to the U.S. District Court funds in accordance with the Garnishment Turn Over Order entered January 3, 2006.

3, Furthermore, within 10 days from the receipt of this accounting, the defendant and/or the garnishee may file a written objection to the accounting stating the grounds for the objection, and request a hearing.

Respectfully Submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

s/ Elizabeth L. Collins

By:  Elizabeth L. Collins Bar No. 487864
United States Attorneys Office
318 S. 6th Street
Springfield, IL 62701
Phone: 217/492-4450
Fax: 217/492-4888
email: beth_collins@usdoj.gov

- 2 -

# CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **FINAL ACCOUNTING OF GARNISHMENT (NON-WAGE)** #1 has been placed in the United States mail addressed to:

>CHRISTINE ROBERTS STUHMER
>Reg. No. 13900-026
>Phoenix FCI
>37900 N. 45th Ave.
>Phoenix, AZ 85086-7008
>
>UBS FINANCIAL SVC
>Attn: Mr. Ivan Sterling
>Legal Processing Control
>499 Washington Boulevard 10th Floor
>Jersey City, NJ 07310

January 27, 2006

                                      s/ Elizabeth L. Collins
                                      _____
                By:   Elizabeth L. Collins, Bar No. 487864
                      United States Attorneys Office
                      318 S. 6th Street
                      Springfield, IL 62701
                      Phone: 217/492-4450
                      Fax: 217/492-4888
                      email: beth_collins@usdoj.gov