E-FILED
Friday, 27 January, 2006  01:04:04 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 02-30063 |
| ) | |
| CHRISTINE ROBERTS, ) | |
| a/k/a Tina Yearick, ) | |
| n/k/a Christine Stuhmer, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| PIPER JAFFRAY CO., ) | |
| ) | |
| Garnishee. ) | |

## FINAL ACCOUNTING OF GARNISHMENT (NON-WAGE) #2

The United States, pursuant to 28 U.S.C. §3205(c)(9)(B), makes the following final accounting on the Writ of Garnishment (Non-Wage) issued by this Court on October 7, 2005:

1. Amount collected: $53,227.33

2. The garnishment is completed because the Garnishee, PIPER JAFFRAY CO., turned over to the U.S. District Court funds in accordance with the Garnishment Turn Over Order entered January 3, 2006.

3, Furthermore, within 10 days from the receipt of this accounting, the defendant and/or the garnishee may file a written objection to the accounting stating the grounds for the objection, and request a hearing.

Respectfully Submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

s/ Elizabeth L. Collins

By: Elizabeth L. Collins Bar No. 487864
United States Attorneys Office
318 S. 6th Street
Springfield, IL 62701
Phone: 217/492-4450
Fax: 217/492-4888
email: beth_collins@usdoj.gov

- 2 -

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **FINAL ACCOUNTING OF GARNISHMENT (NON-WAGE)** #2 has been placed in the United States mail addressed to:

        CHRISTINE ROBERTS STUHMER
        Reg. No. 13900-026
        Phoenix FCI
        37900 N. 45th Ave.
        Phoenix, AZ 85086-7008

        PIPER JAFFRAY CO.
        Attn: Ms. Nicole Radtke, Paralegal
        General Counsel Department
        800 Nicollet Mall, Mail Stop J09N02
        Minneapolis, MN  55402-7020

January 27, 2006

                s/ Elizabeth L. Collins
                _____
        By:   Elizabeth L. Collins, Bar No. 487864
                United States Attorneys Office
                318 S. 6th Street
                Springfield, IL 62701
                Phone: 217/492-4450
                Fax: 217/492-4888
                email: beth_collins@usdoj.gov