E-FILED
Thursday, 09 February, 2006   12:30:51 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 02-30063-001 |
| | ) |
| CHRISTINE ROBERTS | ) |
|     aka Tina Yearick | ) |
| nka Christine Stuhmer, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| WASHINGTON MUTUAL, | ) |
| | ) |
| Garnishee. | ) |

**COVER SHEET TO ANSWER OF THE GARNISHEE
RECEIVED BY THE U.S. ATTORNEYS OFFICE**

1. The United States Attorneys Office received the Answer from the Garnishee on October 31, 2005.  See Exhibit A.

2. This original Answer has not been filed with the Clerk of the Court, therefore, the United States Attorneys Office submits this copy it received for filing.

3. On October 31, 2005, the United States telephoned the Garnishee, WASHINGTON MUTUAL, concerning the account balance and was informed Account # xxxxxxxxx-1204 contained no funds for turn over in this garnishment action.  See Exhibit B.

                              Respectfully Submitted,

                              RODGER A. HEATON
                              UNITED STATES ATTORNEY

                              s/ Elizabeth L. Collins
                              _____
By:   Elizabeth L. Collins Bar No. 487864
       United States Attorneys Office
       318 S. 6th Street
       Springfield, IL 62701
       Phone: 217/492-4450
       Fax: 217/492-4888
       email: beth_collins@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 02-30063-001 |
| | ) |
| CHRISTINE ROBERTS | ) |
| aka Tina Yearick | ) |
| nka Christine Stuhmer, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| WASHINGTON MUTUAL, | ) |
| | ) |
| Garnishee. | ) |

**A F F I D A V I T #3**

State of Illinois
County of Sangamon

    I, Ann Johnson. Collins, Legal Assistant, being first duly sworn, deposes and says that:

    I telephoned the Garnishee, WASHINGTON MUTUAL. on the 31st day of October, 2005 after the receipt of the Answer of the Garnishee to clarify the balance of Account # xxxxxxxxxx-1204, and was informed by "Iris. C", Legal Processor with WASHINGTON MUTUAL that the

  balance of the account was ($xx.xx).

                                                    s/ Ann Johnson
                                                    _____

                                  By:    Ann Johnson
                                             United States Attorneys Office
                                             318 S. 6th Street
                                             Springfield, IL 62701
                                             Phone: 217/492-4450
                                             Fax: 217/492-4888

2

Pursuant to Title 28, Section 1746, I, Ann Johnson, Legal Assistant, declare under penalty of perjury that the foregoing is true and correct.

DATED:   February 9, 2006                              s/Ann Johnson

                                                       _____
                                       By:             Ann Johnson
                                                       United States Attorneys Office
                                                       318 S. 6th Street
                                                       Springfield, IL 62701
                                                       Phone: 217/492-4450
                                                       Fax: 217/492-4888

3

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **COVER SHEET** and exhibits, has been made by placing in the United States mail, postage prepaid, addressed to:

>CHRISTINE ROBERTS STUHMER
>Reg.No. 13900-026
>Phoenix FCI
>37900 N. 45th Ave.
>Phoenix, AZ 85086-7008
>
>WASHINGTON MUTUAL
>Attn: Legal Processing
>Mail Stop N080202
>P.O. Box 2151
>Chatsworth, CA 91313-2151

February 9, 2006

>s/ Elizabeth L. Collins

>By:  Elizabeth L. Collins Bar No. 487864
>United States Attorneys Office
>318 S. 6th Street
>Springfield, IL 62701
>Phone: 217/492-4450
>Fax: 217/492-4888
>email: beth_collins@usdoj.gov