**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 02-30063-001 |
| ) | |
| CHRISTINE ROBERTS ) | |
| aka Tina Yearick ) | |
| nka Christine Stuhmer, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| WASHINGTON MUTUAL, ) | |
| ) | |
| Garnishee. ) | |

### ANSWER OF NON-WAGE GARNISHEE #3

I state under oath the following:

1. **IF GARNISHEE IS AN INDIVIDUAL:**

That he/she is Garnishee herein doing business in the name of _____

**IF GARNISHEE IS A PARTNERSHIP:**

That he/she is a member of a partnership in the name of _____

**IF GARNISHEE IS A CORPORATION:**

That he/she is the (State Official Title) ___Iris C.___ of Garnishee, WASHINGTON MUTUAL, a corporation organized under the laws of the State of ___Illinois___.

2. The address of the Garnishee is ___WASHINGTON MUTUAL BANK, FA / P.O. BOX 2438 / CHATSWORTH, CA 91313-2438 / (818) 775-7450___

3. The Garnishee was served with the Writ of Non-Wage Garnishment on ___OCT 2 5 2005___ (Date).

4. I have custody control or possession of the following property belonging to CHRISTINE ROBERTS STUHMER:

-2-

a. Checking Account Balances (Please include account number and indicate whether jointly or individually held and if joint, name(s) of the joint owners): XXXXXXXXXX-1204 Christine stuhmer & xxxx -A.Stuhmer

b. Savings Account Balances (Please include account number and indicate whether jointly or individually held and if joint, name(s) of the owners): N/A

c. Certificates of Deposit (Please include any numbers & value): N/A

d. Other accounts(type, number & value): N/A

5. There are no previous garnishments on the property. (If there are garnishments in effect, state the property garnished and when garnishment terminates): N/A

6. I will withhold and retain the Checking and Savings Account balances and Certificates of Deposit until further order of this Court.

7. If you deny that you have property subject to this order of garnishment or believe the property is exempt, check the applicable line below and state the specific objection.

_____ The Garnishee makes the following claim of exemption on the part of Defendant:

_____

_____ The Garnishee has the following objections, defenses, set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

_____

_____

_____ The Garnishee is not indebted or under liability to the Defendant; the Garnishee does not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and the Garnishee is in no manner liable as Garnishee in this action.

_____ Explanation of claimed exemption. objection or deference to garnishment.

-3-

8. On ___OCT 2 5 2005___, I mailed the **original** Answer of Non-Wage Garnishment to:

    U.S. Clerks Office
    600 E. Monroe, Rm 151
    Springfield, Illinois 62701

I mailed copies of my Answer to:

    CHRISTINE ROBERTS STUHMER
    Reg. No. 13900-026
    Phoenix FCI
    37900 N. 45th Ave.
    Phoenix, AZ 85086-7008

    U.S. Attorneys Office
    Financial Litigation Unit
    318 S. 6th Street
    Springfield, Illinois 62701

6. I declare under penalty of perjury that the above answers are true and correct. 28 U.S.C. §1746.

_[signed]_ legal processor
Signature & Title
Iris C.
(Printed Name & Title)

Address
WASHINGTON MUTUAL BANK, FA
P.O. BOX 2438
CHATSWORTH, CA 91313-2438
(818) 775-7450

Telephone
818-775-2108
Fax Number